FILED

05/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0232

FILED

MAY 16 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF DAVID SCOTT LEAP
FOR ADMISSION TO THE BAR OF THE STATE
OF MONTANA

O R D E R

David Scott Leap has filed a motion for admission to the Bar of the State of Montana pursuant to Rule IV of the Rules for Admission, by Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Leap has satisfied the requirements prerequisite to admission. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, David Scott Leap may be sworn in to the practice of law in the State of Montana. Leap's request to be sworn in by an authorized judge in another jurisdiction is granted, and any questions regarding swearing in may be directed to the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 16 day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices